**John William WRIGHT, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27398.**

Court of Criminal Appeals of Texas.

Feb. 2, 1955.

No attorney for appellant.

Leon Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is driving while license suspended; the punishment, a fine of $25.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.